# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

APR 08 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| FELLOWES, INC.,<br>an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05 C 0877 |
| | ) | |
| v. | ) | District Judge: Judge Gettleman |
| | ) | |
| XEROX CORPORATION,<br>a New York Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Plaintiff, Fellowes, Inc., by and through its attorneys, voluntarily dismisses the above entitled action pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: _8 April 2005_

Peter J. Shakula
David C. Brezina
Mark Nahnsen
Barnes & Thornburg
One North Wacker, Suite 4400
Chicago, Illinois 60606-2809
(312) 368-1300
*Attorneys for Plaintiff,*
FELLOWES, INC.